**James SHAW, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, The Clerk of Court and The Philadelphia Police Dept., Respondents.**

Supreme Court of Pennsylvania.

Aug. 20, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lonnie DAWSON, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 20, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of August, 2008, the Application for Leave to File Reconsideration Out of Time is **DENIED.**

**Ex rel. Charles T. PALADINO, Petitioner**

v.

**Michael R. RESNICK, Esq., Bruce W. Herdmon, Dr. Caulk, Lynne Abraham, Phila. Police Headquarters, Phila Homicide Division, Phila. District Att. Office, City of Philadelphia (Mayor), Admin. Office of PA Courts, David M. Donaldson, Esq., Respondents.**

Supreme Court of Pennsylvania.

Aug. 20, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED.**